**B1 (Official Form 1)(12/11)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**1016 West Hollywood, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4061721** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1016 West Hollywood Avenue**<br>**Chicago, IL** | ZIP Code<br>**60660-4501** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP Code |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP Code | Mailing Address of Joint Debtor (if different from street address): | ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **1016 West Hollywood, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **1016 West Hollywood, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ David J. Fischer**
    Signature of Attorney for Debtor(s)

    **David J. Fischer 813745**
    Printed Name of Attorney for Debtor(s)

    **Edwards Wildman Palmer LLP**
    Firm Name

    **225 W. Wacker Drive**
    **Chicago, IL 60606**

_____
Address

    **312-201-2000  Fax: 312-201-2555**
    Telephone Number

    **January 29, 2014**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Leon Petcov**
    Signature of Authorized Individual

    **Leon Petcov**
    Printed Name of Authorized Individual

    **Manager**
    Title of Authorized Individual

    **January 29, 2014**
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
    Printed Name of Foreign Representative

_____
    Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| 1016 WEST HOLLYWOOD, LLC,[1] | Case No. 14-_____ |
| Debtor. | Hon. _____ |

**DOCUMENTS FILED IN CONNECTION
WITH THE DEBTOR'S VOLUNTARY CHAPTER 11 PETITION**

| | |
|---|---|
| Rider 1 | Written Consent of the Member/Manager |
| Rider 2 | Creditor Mailing Matrix |
| Rider 3 | List of Equity Security Holders of the Debtor and Corporate Ownership Statement |
| Rider 4 | List of Creditors Holding the 20 Largest Unsecured Claims |
| Rider 5 | Declaration Regarding Electronic Filing |

---

[1]   The last four digits of the Debtor's federal tax identification number are: 1721.  The location of the Debtor's place of business is 1016 West Hollywood Avenue, Chicago, Illinois 60660.

## Rider 1

**Written Consent of the Member/Manager**

**(Attached)**

# 1016 WEST HOLLYWOOD, LLC

## WRITTEN CONSENT OF THE MEMBER/MANAGER

### January 28, 2014

As of this 28th of January, 2014, the undersigned being the majority member and manager (the "**Manager**") of 1016 WEST HOLLYWOOD, LLC, an Illinois limited liability company  (the "**Company**"), do hereby take the following actions and adopt the following resolutions by unanimous written consent:

WHEREAS, the Manager has reviewed and considered the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business.

WHEREAS, the Company deems it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

WHEREAS, the Manager, as sole member and manager, deems it advisable and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

WHEREAS, the Manager, as sole member and manager, has the full authority, in the name and on behalf of the Company under the Company's Operating Agreement, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, as such time as said Manager executing the same shall determine.

WHEREAS, the Manager, as sole member and manager, has the full authority to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which it deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such chapter 11 case.

WHEREAS, the Manager, as sole member and manager, has full authority in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of the Manager shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure, and ownership of the Company consistent with the foregoing resolutions, and to carry out and put

into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

WHEREAS, the Company deems it advisable to name any member or manager of the Company (each, an "**_Authorized Officer_**") as an authorized signatory of the Company and to authorize the Authorized Officer to execute either individually or with any other Authorized Officers any and all documents necessary required to effectuate the purposes of the following resolutions.

NOW THEREFORE, BE IT:

**RESOLVED**, that any Authorized Officer, acting alone or with one or more other Authorized Officer, with power of delegation, be, and they hereby are, authorized to serve as an authorized agent of the Company and are authorized to execute either individually or with any Authorized Officer any and all documents required to consummate the transactions contemplated herein; and

**FURTHER RESOLVED**, that any Authorized Officer, as authorized signatory of the Company, shall be authorized, empowered and directed to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered and directed to: (a) execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers; (b) take any and all management action necessary, appropriate, desirable, or proper to assist the Company in the chapter 11 case, with a view to the successful prosecution of such chapter 11 case, including, without limitation, any action necessary to (i) maintain the ordinary course operation of the Company's business and (ii) to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals (including, without limitation, Edwards Wildman Palmer LLP as restructuring counsel) and an appraiser to assist the Company in the chapter 11 case and in carrying out its duties under the provisions of the Bankruptcy Code; and (c) to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection therewith; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure, and ownership of the Company consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the transactions

contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED**, that any Authorized Officer shall be authorized, empowered, and directed, acting singly, to take any and all other actions as the Authorized Officer deems appropriate to effectuate the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts and deed heretofore done or taken by any Authorized Officer in carrying out the terms and intentions of these resolutions are hereby in all respects ratified, confirmed, and approved.

**FURTHER RESOLVED**, that this consent may be executed in one or more counterparts (including by means of electronically transmitted copies of signature pages), all of which taken together shall constitute one and the same written consent.

*[Intentionally left blank. Signature page follows.]*

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent in his

capacity as the manager of the Company as of the 28th day of January, 2014.

_____
Leon Petcov
Manager

## Rider 2

**Creditor Mailing Matrix**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| 1016 WEST HOLLYWOOD, LLC,[1] | Case No. 14-_____ |
| Debtor. | Hon. _____ |

---

**VERIFICATION OF CREDITOR MATRIX**

I, the undersigned manager of the above-captioned 11 debtor, declare under penalty of

perjury that I have reviewed the following creditor matrix and that it is true and correct as of the

date hereof, to the best of my knowledge, information, and belief.

Dated: January 29, 2014
Chicago, Illinois

By:  _/s/Leon Petcov_____
Name:   Leon Petcov
Title:    Manager
         1016 West Hollywood, LLC

---

[1]     The last four digits of the Debtor's federal tax identification number are: 1721.  The location of the Debtor's place of business is 1016 West Hollywood Avenue, Chicago, Illinois 60660.

1st Equity Bank Northwest
1330 Dundee Road
Buffalo Grove, IL 60089


Adam Hecht
158 Circle Ridge Drive
Burr Ridge, IL 60527


Alexander Kogan Revocable Trust
B. Freud - Ruff, Weidenarr & Reidy
222 North LaSalle Street, 700
Chicago, IL 60601


City of Chicago Water Management
c/o Susana Mendoza, City Clerk
121 N. LaSalle Street
Chicago, IL 60602


Everest Elevator, Inc.
1739 Chestnut Avenue, Stes 101-102
Glenview, IL 60025


Exposition Carpet Co., Inc.
5718 North Broadway
Chicago, IL 60660


Fine Homes, LLC
4117 W. Oakton
Skokie, IL 60076


International Bank of Chicago
1210 Central Avenue
Wilmette, IL 60091


John R. Steigauf, Esq.
9700 W. Higgins Road
Des Plaines, IL 60018


Lena Kogan Revocable Trust
B. Freud - Ruff, Weidenaar & Reidy
222 North LaSalle Street, Suite 700
Chicago, IL 60601

Richard Steck
Richard Steck & Associates
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603


Tricia Putzy
311 W. Superior Street, Suite 500
Chicago, IL 60654


VCP 1016 Hollywood LLC
c/o Scott & Kraus LLC
150 S. Wacker Dr., Ste 2900
Chicago, IL 60606


Waste Management, Inc.
Attn: Commerical Billing
700 E. Butterfield Road, 4th Fl.
Lombard, IL 60148

## **Rider 3**

**List of Equity Security Holders of the Debtor and Corporate Ownership Statement**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| 1016 WEST HOLLYWOOD, LLC,[1] | Case No. 14-_____ |
| Debtor. | Hon. _____ |

**LIST OF EQUITY SECURITY HOLDERS OF THE DEBTOR
AND CORPORATE OWNERSHIP STATEMENT**

In accordance with Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of

Bankruptcy Procedure, the following are the owners all the of the Debtor's equity interests:

| Member | Nature of Interest | Percentage of Interest Held |
|---|---|---|
| Leon Petcov | Membership Interests | 99% |
| Helen Petcov | Membership Interests | 1% |

I, the undersigned member and manger of the above-captioned 11 debtor, declare under

penalty of perjury that I have reviewed the forgoing list and that it is true and correct as of the

date hereof, to the best of my knowledge, information, and belief.

Dated: January 29, 2014
Chicago, Illinois

By:   _/s/Leon Petcov_
Name:   Leon Petcov
Title:   Manager
          1016 West Hollywood, LLC

---

[1]     The last four digits of the Debtor's federal tax identification number are: 1721.  The location of the Debtor's place of business is 1016 West Hollywood Avenue, Chicago, Illinois 60660.

# United States Bankruptcy Court
## Northern District of Illinois

In re     __1016 West Hollywood, LLC__

Debtor(s)

Case No. _____

Chapter     __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __1016 West Hollywood, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 29, 2014__

Date

**/s/ David J. Fischer**

**David J. Fischer**

Signature of Attorney or Litigant

Counsel for   __1016 West Hollywood, LLC__

**Edwards Wildman Palmer LLP**

**225 W. Wacker Drive**
**Chicago, IL 60606**
**312-201-2000 Fax:312-201-2555**

## **Rider 4**

**List of Creditors Holding the 20 Largest Unsecured Claims**

**(Attached)**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **1016 West Hollywood, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **City of Chicago Water Management c/o Susana Mendoza, City Clerk 121 N. LaSalle Street Chicago, IL 60602** | **City of Chicago Water Management c/o Susana Mendoza, City Clerk 121 N. LaSalle Street Chicago, IL 60602** | | **Disputed** | **121,911.52** |
| **Everest Elevator, Inc. 1739 Chestnut Avenue, Stes 101-102 Glenview, IL 60025** | **Everest Elevator, Inc. 1739 Chestnut Avenue, Stes 101-102 Glenview, IL 60025** | | | **7,115.00** |
| **Exposition Carpet Co., Inc. 5718 North Broadway Chicago, IL 60660** | **Exposition Carpet Co., Inc. 5718 North Broadway Chicago, IL 60660** | | | 1,366.83 |
| **Waste Management, Inc. Attn: Commerical Billing 700 E. Butterfield Road, 4th Fl. Lombard, IL 60148** | **Waste Management, Inc. Attn: Commerical Billing 700 E. Butterfield Road, 4th Fl. Lombard, IL 60148** | | | **648.91** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re __1016 West Hollywood, LLC_____    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __January 29, 2014_____    Signature __/s/ Leon Petcov_____
                                                    __Leon Petcov__
                                                    __Manager__

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

## Rider 5

**Declaration Regarding Electronic Filing**

**(Attached)**

AM 28082602.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                        )
     **1016 West Hollywood, LLC**          )   Chapter **11**
                                        )   Bankruptcy Case No.
                                        )
     Debtor(s)                          )

## DECLARATION REGARDING ELECTRONIC FILING
### (Signed by Debtor's Corporate Representative)
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.    [To be completed in all cases]

    I, **Leon Petcov**, the undersigned debtor's member hereby declare under penalty of perjury that (1) the information I have given the debtor's attorney is true and correct; (2) I have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

    ☒ I, Leon Petcov, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

1016 West Hollywood, LLC
_____        _____
Printed or Typed Name of Debtor or Representative        Printed or Typed Name of Joint Debtor

_____        _____
Signature of Debtor or Representative        Signature of Joint Debtor
Leon Petcov, Manager

_01/28/2014_____        _____
Date        Date