IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Reorganization |
| 1016 WEST HOLLYWOOD, LLC,[1] | Case No. 14-02696 |
| Debtor. | Hon. Jacqueline P. Cox |

**SUPPLEMENT TO
DEBTOR'S MOTION FOR ENTRY OF
AN INTERIM ORDER AND, AFTER FURTHER NOTICE
AND HEARING, A FINAL ORDER: (A) AUTHORIZING THE DEBTOR'S USE
OF CASH COLLATERAL; (B) GRANTING ADEQUATE PROTECTION; AND
(C) DEEMING SECURED PARTIES ADEQUATELY PROTECTED THEREBY**

1016 West Hollywood, LLC, as debtor and debtor in possession (the "*Debtor*") submits this Supplement (the "*Supplement*") in support of the *Debtor's Motion for Entry of an Interim Order and, After Further Notice and Hearing, a Final Order: (a) Authorizing the Debtor's Use of Cash Collateral; (b) Granting Adequate Protection; and (c) Deeming Secured Parties Adequately Protected Thereby* [Docket No. 11] (the "*Motion*"), which was filed with the United States Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*") on February 26, 2014.

The documents contained in this Supplement are incorporated by reference into the Motion. On March 11, 2014, the Bankruptcy Court entered the *Agreed Interim Order: (a) Authorizing the Debtor's Use of Cash Collateral; (b) Granting Adequate Protection; and (c) Deeming Secured Parties Adequately Protected Thereby* [Docket No. 20] (the "*Agreed Interim*

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 1721. The location of the Debtor's place of business is 1016 West Hollywood Avenue, Chicago, Illinois 60660.

*Cash Collateral Order*").[2]  Included in this Supplement is the Debtor's proposed *Final Order: (a) Authorizing the Debtor's Use of Cash Collateral; (b) Granting Adequate Protection; and (c) Deeming Secured Parties Adequately Protected Thereby* (the "**Final Cash Collateral Order**"), attached hereto as **Exhibit A**, which is up for hearing (the "***Hearing***") on April 15, 2014. Proposed modifications to the Agreed Interim Cash Collateral Order have been documented by the redline attached to this Supplement as **Exhibit B**.

The Debtor attached an initial cash collateral budget to the Motion that contained projections for the period of March 7 through May 30, 2014 (the "***Interim Budget***"). The Interim Budget has since been revised and updated and now includes *actual* receipts and disbursements for the first five (5) weeks of the same period (**Exhibit C**, the "***Revised Budget***"). The Revised Budget also reflects an increase in the amount of Adequate Protection payments to International Bank of Chicago ("***IBC***"). After discussions between the Debtor and IBC, the have parties agreed that these amounts provide the bank with an appropriate level of protection. The Revised Budget also includes a $700 adequate assurance deposit that has been negotiated with ComEd.

Finally, the Revised Budget includes an increase in the computation of management fees for the $2,400 per month originally proposed – including the $1,400 for each of February and March previously withheld under the Interim Cash Collateral Order. Per the Interim Cash Collateral Order, , the *Declaration of Leon Petcov in Support of Debtor's Motion for Entry of an Interim Order and, After Further Notice and Hearing, a Final Order: (a) Authorizing the Debtor's Use of Cash Collateral; (b) Granting Adequate Protection; and (c) Deeming Secured Parties Adequately Protected Thereby* (**Exhibit D**, the "***Petcov Declaration***") provides

---

[2]  Capitalized terms used herein as defined terms and not otherwise defined shall have the meanings ascribed to them in the Motion or the Agreed Interim Cash Collateral Order.

2

AM 32153857.2

information supporting the $2,400 per month management fee as a reasonable exercise of the Debtor's business judgment. The Petcov Declaration also provides a fuller explanation of the various amounts reflected in the Revised Budget. Both the Revised Budget and the Petcov Declaration are attached to this Supplement. Mr. Petcov will be available at the Hearing, and the Debtor reserves the right to call other witnesses in support of the Motion.

## Conclusion

Accordingly, the Debtor respectfully requests that the Court enter the Final Cash Collateral Order.

Dated: April 11, 2014

Respectfully submitted,

**1016 WEST HOLLYWOOD, LLC,**

By:  */s/Phillip W. Nelson*
     One of Its Attorneys

David J. Fischer
Phillip W. Nelson
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-201-2000
Facsimile: 855-587-1388
dfischer@edwardswildman.com
pnelson@edwardswildman.com
*Proposed Counsel to the Debtor*