UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-02696 |
| | ) | |
| 1016 WEST HOLLYWOOD, LLC (No. 14-02696) and THE 800 BUILDING, LLC (No. 15-17314), | ) ) ) | Chapter: 11 Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CASES

This matter coming before the Court on the Reorganized Debtors' Joint Motion for Entry of Final Decrees Closing Cases (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the First Amended Joint Plan of Reorganization of 1016 West Hollywood LLC and The 800 Building LLC Pursuant to Chapter 11 of the Bankruptcy Code [Hollywood Docket No. 217 / 800 Building Docket No. 127] (as amended, supplemented, or modified from time to time, the "Plan") of the above-captioned reorganized debtors (the "Reorganized Debtors"); it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court being satisfied that the Plan has been substantially consummated and that the Reorganized Debtors' estates have been fully administered within the meaning of section 350 of the Bankruptcy Code; and it appearing that the notice of the Motion was provided in accordance with Local Rule 3022-1, now therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth therein.

2. The above-captioned chapter 11 cases are hereby closed pursuant to Federal Rule of Bankruptcy Procedure 3002, effective as of the date of this Order.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the terms of this Order shall be effective immediately.

Enter:

*Jacqueline B. Cox*
J. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: NOV - 7 2017

**Prepared by:**
David J. Fischer
Phillip W. Nelson
LOCKE LORD LLP
111 South Wacker Drive

Rev: 20170105_bko

Chicago, Illinois 60606
Telephone: 312-443-0700
Facsimile: 312-443-0336
david.fischer@lockelord.com
phillip.nelson@lockelord.com